IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELINA MARIE SANCHEZ,

      Plaintiff,

v.                                                                                          No. 23cv833 SCY

KILOLO KIJAKAZI,
**Acting Commissioner of Social Security,**

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Order granting Defendant's Unopposed Motion to Remand, filed concurrently herewith (Doc. 11). The Court enters this Final Judgment under Federal Rule of Civil Procedure 58, and remands this case to the Social Security Administration for further proceedings consistent with its Order.

      **IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE